UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
PAT BRANDENBURG, JOAN FARNSWORTH,  :
PATRICIA GENUIT, DENA GRAY, JANICE  :
HENDERSON, MARY HERREN, BOBBY  :
HORNSBY, JANEL JOHNSON, JOAN  :
LAAKER, PAULETTE MARCHANT, ANDREW :
MARTINEZ, MEREDITH PETERSON, NEOMI  :
PIERCE, DEBBIE SCHELSKE, TAMMY  :
SPADER, TODD TRICKLE, ONA WELCH,  :
                                                                     :
         Plaintiffs.                              :        Civil Action
v.                                                        :        No. 04-11320-GAO
                                                                     :
INDEVUS PHARMACEUTICALS, INC., F/K/A  :
INTERNEURON PHARMACEUTICALS, INC.;  :
WYETH, INC., F/K/A AMERICAN HOME  :
PRODUCTS CORPORATION; WYETH  :
PHARMACEUTICALS, INC F/K/A WYETH-  :
AYERST PHARMACEUTICALS, INC., A  :
DIVISION OF AMERICAN HOME PRODUCTS  :
CORPORATION; AND BOEHRINGER  :
INGELHEIM PHARMACEUTICALS, INC.,  :
                                                                     :
         Defendants.                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

        Please enter our appearance as counsel of record for Defendant Boehringer

Ingelheim Pharmaceuticals, Inc. in the above-captioned action.


Dated: July 14, 2004                          Respectfully submitted,
        Boston, Massachusetts

                                                          /s/Matthew J. Matule
                                                          Matthew J. Matule (BBO #632075)
                                                          SKADDEN, ARPS, SLATE,
                                                             MEAGHER & FLOM LLP
Of Counsel:                                         One Beacon Street
Barbara Wrubel                                   Boston, Massachusetts 02108
Katherine Armstrong                         (617) 573-4800
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                    Counsel for Defendant
                                                          Boehringer Ingelheim Pharmaceuticals, Inc